# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BENJAMINE MAESTAS,

    Defendant.

---

## MINUTE ORDER[1]

---

On **March 9, 2010**, the court conduct a telephonic setting conference, with defense counsel appearing in person in chambers, to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 3, 2010**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: March 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.