**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BENJAMINE MAESTAS,
    a/k/a Mover,
    a/k/a Benji,

    Defendant.

## MINUTE ORDER[1]

On February 8, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **August 5, 2011**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter, the court reserving the two hours for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: February 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.