PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. BENJAMINE MAESTAS    Docket Number: 08-cr-00340-REB-01

**Supplemental Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release**

  COMES NOW, Thomas Meyer, probation officer of the Court, presenting an official report upon the conduct and attitude of Benjamine Maestas who was placed on supervision by the Honorable Robert E. Blackburn sitting in the Court at Denver, Colorado, on the 13th day of September, 2011, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not incur new credit charges or open additional lines of credit without the advance approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgement and sentence.

2. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

3. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the original petition filed December 24, 2013, [Document No. 1213] which requested the issuance of a warrant due to violations of supervised release, be supplemented to include an additional violation of supervised release.

  ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 23rd day of January, 2014, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | *s/ Thomas Meyer* |
| | Thomas Meyer |
| **s/ Robert E. Blackburn** | U.S. Probation Officer |
| Robert E. Blackburn | Place: Denver, Colorado |
| U.S. District Judge | Date: January 21, 2014 |

## **ATTACHMENT**

The defendant has committed the following additional violation of supervised release:

**6.      POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about November 19, 2013, the defendant used or administered a controlled substance, morphine, which had not been prescribed for him by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On November 26, 2013, I received notification that the urine sample submitted by the defendant at the Independence House dual diagnosis testing/treatment center on November 19, 2013, had tested preliminarily positive for opiates.  The urine sample was sent to Alere Toxicology for confirmation testing.  On December 20, 2013, the urine sample was reported as positive for morphine.

Attempts to meet with the defendant to discuss the positive urine test result were unsuccessful.